EDWIN A. DILL, administrator, &c., appellant,

*v.*

DANIEL MOUNTFORD DILL et al., respondents.

[Decided January 31st, 1936.]

*Messrs. Child, Riker, Marsh & Shipman,* for the appellant.

*Messrs. Budd & Larner,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow, and reported in *118 N. J. Eq. 374.*

*For affirmance*—LLOYD, BODINE, DONGES, PERSKIE, DEAR, WELLS, WOLFSKEIL, JJ. 7.

*For reversal*—THE CHIEF-JUSTICE, CASE, HEHER, HETFIELD, RAFFERTY, JJ. 5.